72,089-09

The State of Texas
In The Court of Criminal Appeals of Texas
At Austin, Texas

RECEIVED
FIRST COURT OF APPEALS
HOUSTON TEXAS
NOV 18 2015
A. PRINE

In re Robert K. Boulds
        Relator,

VS.

Court of Appeals, First Dist
Houston, Tx.
            Respondent,

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 23 2015
Abel Acosta

Case No. 996316

Court of Appeals Number:
01-15-00654-CR, 01-15-00655-CR

Rec'd

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
NOV 18 2015
CHRISTOPHER A. PRINE
CLERK

This document contains some
pages that are of poor quality
at the time of imaging.

Original Application For Writ of Mandamus
Tex. Code Crim. Proc. Ann. Art. 4.04
Tex. Const. Art. 5 Sec. 5

To The Honorable Court of Criminal Appeals of Texas: Rule 12

Now comes Robert K. Boulds Relator and ask this Court to issue
this Writ of Mandamus to the Court of Appeals, First Dist, Harris County, Tx.
Respondents to require the Relator the relief requested and in support of this
application would show this Honorable Court the following:

## Case History

Relator, was found guilty by a Jury of the offense of Agg. Sexual
Assault of A Child                    and Sentenced to 50 yrs. imprisonment in
the Texas Department of Criminal Justice Relator's conviction was affirmed
by the Court of Appeals, First Dist. Houston.Tx. in an unpublished opinion
See Boulds V. State No. 01-05-00596-CR

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
NOV 18 2015
CHRISTOPHER A. PRINE
CLERK

CC:

P. 1 of

## Jurisdiction

This is an Extraordinary Writ of Mandamus complaint authorized by this Original Application For Writ of Mandamus Pursuant to Tex. R. App. Proc. 72.1 Tex. Code Crim. Proc. Ann. Art. 4.04 is Unable to Pay cost and initial filing fees is true and correct Under the Penalty of Perjury. SEE 28 U.S.C. 1746 for submission for en banc Under Tex. R. App. Proc. 76 for want of Jurisdiction Under Tex. Const. Art. 5 Sec. 5 Tex. Code Crim. Proc. Ann. Art. 4.04 Sec. 1 Tex. Gov't Code 22.001(A)1,2, 22.002, 22.221(A)(B) 22.225(B) (3)(C)(D) on request for an injunctive relief to remand, SEE Tex. R. App. Proc. 44.2(A) Constitutional Error and for relief.

This Extraordinary Writ of Mandamus is an Order directing a Public Official to Perform a duty exacted by law and will not issue to enforce duty that is in any degree debatable SEE ex rel Wade V. Mays 689 S.W. 2d 898 (Tex. Crim. App. 1985

## Rule 72 Extraordinary Matter

The Writ of Mandamus is an ancient Common Law remedy; an Original Writ issued by a higher court to command a lower court to Perform a Particular duty, which results from the officials station of the Party to whom the writ is directed or from the operation of Positive laws to do or refrain from doing some act SEE In re McAfee 53 S.W. 3d 715, 718 (Tex. App-Houston, Tx. 1st Dist. 2001).

## Issue Presented

Ground One: The Court of Appeals, First Dist. Houston. Tx. failure to comply with Mandamus Art. 5 Sec. 6 statutory duty to conduct an investigation into Relator's complaint of being Illegally Restrained and Confined

CC:

for failure to comply with Mandamus Art. 5 Sec. 6 statutory duty and not ordering the 176th Dist. Court of Harris County, Tx. to give Facts Findings and Conclusion of Laws which would require an Evidentiary hearing.

I've also filed the same in the 176th Dist. Court of Harris County which never the court did entertain dated July 28, 2015 concerning my "Illegally Restrained and confined this demonstrate an fundamental Miscarriage of Justice from Cruel and Unusual Punishment Art. 1.09 and Tex. Const. Art. IX 13 the original appellate Proceeding seeking extraordinary relief is to include the exhibit compliant of the Original Application for Writ of Mandamus Rule 72.1 is attached to this ~~last~~ Original habeas Corpus Art. 11.05 for the Court of Appeals Criminal Appeals to enfore it's Jurisdiction to order the Court of Appeals, First Dist. to order the 176th Dist. Court of Harris County to give a Fact Findings and Conclusion of Law concerning the Invalid Indictment cause No. 996316 Exhibit "A" which contains NO File Stamp Date, NO TERM DATE, No Signature from the District Attorney or any assistance District Attorney.

## Prayer

Wherefore, Promises Made, Relator Prays that this Honorable Court grants this Mandamus to compel the District Court of Harris County Dist. Court 176th to give Fact Findings and Conclusion of Law in this criminal law matter of cruelty, in the name of Justice for Relief. Amen

## UnSworn Declaration

I, Robert K. Boulds #1311781 being Presently incarcerated in the William P. Clements Unit of The Texas Department of Criminal Justice in Potter County, Tx. according to my belief declare under Penalty of Perjury the facts stated in this Application are true and correct under V.T.C.A. Civ. Prac. & Rem. Code 132.001

11-15-15
DATE

Robert K. Boulds #1311781
Robert K. Boulds #1311781

CC:

## Certificate of Service

I Robert K. Boulds #1311781 do hereby certify that a true and correct copy of the above Application has been forwarded by the United States mail System Postage Pre-Paid to the following addresses:

Court of Appeals, First Dist.
301 Fannin ST.

Houston, Tx. 77002

Court of Criminal Appeals
Of Texas

P.O. Box 12308 Captiol Station

Austin, Tx. 78711

11-15-15
DATE

Robert K. Boulds #1311781
Robert K. Boulds #1311781

CC: